ORDERED.

Dated: November 04, 2015

*K. Rodney May*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In Re:

| | |
|---|---|
| MELISSA JOAN WARD | CHAPTER   13 |
| WADE L. WARD | CASE NO.   8:14-bk-11044-KRM |

Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR STAY**
**TO ALLOW CREDITOR TO APPLY INSURANCE LOSS PROCEEDS**
**FILED BY WORLD OMNI FINANCIAL CORP.**
**REGARDING A TOTALED 2013 TOYOTA TACOMA TRUCK**
*(Verified Consent filed by Joint Debtor and Co-Debtor)*

**THIS CASE** came before the Court for consideration of the Motion for Relief from Co-Debtor Stay [ECF No. 63] (the "Motion") filed by the Creditor World Omni Financial Corp. ("Creditor" or "World Omni").  The Motion was served upon all interested parties in compliance with Local Rule 2002-4 which contained the negative notice legend informing all parties of their opportunity to object within fourteen (14) days of service.  Pursuant to Debtors' Verified Consent to the Motion [ECF No. 64], it is,

**ORDERED** that**:**

1. The Motion is granted.

2. That the Co-Debtor stay imposed by 11 U.S.C. §1301(c) of the Bankruptcy Code is terminated as to the non-filing Co-Debtor, Laura Wade so that Creditor may apply $16,904.82 of the $19,606.26 total settlement amount from Esurance to pay off the Debtors' account on the totaled **2013 TOYOTA TACOMA TRUCK VIN 5TFJX4GN7DX018999.**

3.      The effectiveness of Bankruptcy Rule 4001(a)(3) is waived.

4.      Creditor is granted *in rem* relief and shall not seek or obtain *in personam* remedies against the Debtor.

Attorney, Christina V. Paradowski is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:

Melissa + Wade Ward, 11751 Kent Grove Drive, Spring Hill, FL 34610
David L. DelVecchio, Esquire, Plaza Tower, 111 Second Avenue NE #1403, St. Petersburg, FL 33701
Co- Debtor, Laura T. Ballard, 10708 Hyannis Court, New Port Richey, FL 34665
Chapter 13 Standing Trustee, Kelly Remick, Esquire, PO Box 6099, Sun City, FL 33571
Office of the U.S. Trustee – TPA7/13, 7, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602
Christina V. Paradowski, Esquire, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL  33301

Submitted by:
Christina V. Paradowski, Esquire
FBN 56708
Tripp Scott, PA
*Attorneys for the World Omni*
110 SE 6th Street, 15th FL
Fort Lauderdale, FL  33301
bankruptcy@trippscott.com
Tel:  954-525-7500